Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





## MEMORANDUM OPINION

No. 04-11-00222-CV

**WALGREEN COMPANY**,
Appellant

v.

Jessica **SOLIZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-010913
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed: April 27, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant Walgreen Company filed a motion to dismiss this appeal. We grant the

motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX.

R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM